# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

THE BASEMENT APARTMENT of
504 FERN PLACE,
NORTHWEST
WASHINGTON, D.C.

**SEARCH WARRANT**

CASE NUMBER: 08-131-M-01

TO: Special Agent Frank Oliver and any Authorized Officer of the United States

Affidavit having been made before me by Special Agent Frank Oliver who has reason to believe that on the premises known as (name, description and or location)

The basement apartment that is located in the premise known as
504 FERN PLACE, NORTHWEST, WASHINGTON, D.C.
(This residence is described as a two story red brick single family residence with white windows, and cream colored siding on the front of the residence. When facing the residence marked "504," directly to the left of the residence marked "504" are railroad tracks. When facing the residence marked "504," the residence directly to the right of the residence marked building "504" in numbered "506." The residence marked "504" is east of Blair Road and north of Piney Branch Road in NORTHWEST, Washington, D.C. There is a brown colored placard attached to the cream colored siding on the north side (front) of the residence. The numbers "504" are gold in color and affixed to the brown colored placard. The main entrance to the residence marked "504" is located on the west side of the residence. The main (west side) entrance is covered by a black security grate. There is a gold colored door knob on the left side of the black colored security grate. Directly behind the black security grate is a white colored door. Directly above the black security grate is a white & maroon colored awning. To the left of the black colored security grate is a black colored mailbox that is affixed to the residence. There is a wooden privacy fence attached to the east side of the residence marked "504.").
in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

      See Attachment A

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed on premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before \_\_MAR 0 7 2008\_\_
                                                                                   Date

the place named above for the property specified, serving this warrant and making the search in the daytime (6:00 A.M. to 10:00 P.M.) and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to the U.S. Magistrate Judge, as required by law.

FEB 27 2008

_____ at Washington, D.C.

Date and Time Issued

_____
United States Magistrate Judge
Signature of Judicial Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

**RETURN**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/27/08 | 2/28/08  0941 | at S/W Location |

INVENTORY MADE IN THE PRESENCE OF Oliver, Vasaka, Green, Quartetti, Codispot, Smith, Tweson, Torres & Grant

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- Eight (8) Firearms
- Ammunition - Assorted Calibers
- Approximatley 960 grams of cocaine
- 24 Ecstasy pills
- Drug paraphernalia
- Documents
- Padlock
- Duffle bags that contained items

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_(signature)_ Tronde Oliver

FILED
MAR 05 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_(signature)_                                    03/05/08
U.S. Judge or Magistrate           Date

## ATTACHMENT A

### List of Items to be Seized at Premises

1. Illegal drugs, to include, but not limited to, cocaine.

2. Paraphernalia for packaging, cutting, weighing and distributing illegal drugs, including but not limited to, scales, baggies, and cutting agents.

3. Firearms, firearm magazines, firearm attachments, ammunition, firearm parts and holsters as well as documentation of the purchase, storage, possession, disposition, dominion and control of firearms, including paperwork and receipts.

4. United States currency, jewelry and financial instruments.

5. Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchase and distribution of controlled substances.

6. Address and telephone books and papers reflecting names, address and telephone numbers.

7. Books, records, receipts, bank statements, and records, money drafts, letters of credit, money order and cashier's checks related to the obtaining, secreting, transfer, and concealment of assets and/or the expenditure of money.

8. Electronic equipment, such as cellular telephones, cellular telephones with digital photographic capability, facsimile machines, telephone answering machines, telephone paging devices, currency counting machines, computers, and any information stored in memory or contained in any related hardware and software.

9. Photographs and/or video tapes, in particular, those photographs and/or video tapes of co-conspirators, assets, controlled substances, or of individuals with controlled substances and those that assist in identifying associates and conspirators.

10. Indicia of occupancy, residence, and ownership of the premises, including but not limited to, utility and telephone bills, mail matter, canceled envelopes, and keys.

11. Any locked or closed container(s) believed to contain any of the above listed evidence.